## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | **CIVIL ACTION** |
| | * | **NO. 10-CV-1156**<br>**C/W 10-CV-1196** |
| | * | |
| | | **SECTION "J"** |
| | * | |
| | | **DIVISION "3"** |
| | * | |
| | * | **JUDGE CARL J. BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | **Applies to: 10-CV-1920** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss without prejudice Mitsui & Co. (USA), Inc. which has not served an answer or a motion for summary judgment. Plaintiffs reserve their rights against all other defendants and potential defendants.

**RESPECTFULLY SUBMITTED BY:**

*/s/*Soren E. Gisleson
Stephen J. Herman (LA Bar No. 23129)
James C. Klick (LA Bar No. 7451)
Russ M. Herman (LA Bar No. 6819)
Soren E. Gisleson (LA Bar No. 26302)
Joseph E. Cain (LA Bar No. 29785)
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 569-6024
E-Mail:  Sherman@hhkc.com

AND

James P. Kreindler
Anthony Tarricone
Noah Kushlefsky
Kreindler & Kreindler LLP
100 Park Avenue, 18th Floor
New York, NY  10001
Telephone:  (212) 687-8181
Facsimile:  (212) 972-9432
E-Mail:  jkreindler@kreindler.com
         atarricone@kreindler.com
         nkushlefsky@kreindler.com

AND

James Parkerson Roy (LA Bar No. 11511)
DOMENGEAUX WRIGHT ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, LA  70501
Telephone:  (337) 233-3033
Facsimile:  (337) 233-2796
E-Mail:  jimr@wrightroy.com

**Attorneys for Plaintiffs**

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of August, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/*s*/Soren E. Gisleson